■ BERTRAM M. OSTRAU et al., Appellants, v HARRY M. BOBLEY et al., Respondents.—Order, Supreme Court, New York County, entered on September 14, 1977, unanimously affirmed on the opinion of Riccobono, J. (See,

also, *Levine v Silverman,* NYLJ, June 16, 1972, p 2, col 3.) Respondents shall recover of appellants $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Fein, Lane, Markewich and Sullivan, JJ.